## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Turner v. McDonalds USA, LLC    Case Number: 1:19-cv-05524

An appearance is hereby filed by the undersigned as attorney for:
Stephanie Turner and all others similarly situated

Attorney name (type or print): Connor P. Lemire

Firm: McCune Wright Arevalo, LLP

Street address: 231 N. Main Street, Suite 20

City/State/Zip: Edwardsville, IL 62025

Bar ID Number: 704702          Telephone Number: 618-307-6116
(See item 3 in instructions)

Email Address: cpl@mccunewright.com

Are you acting as lead counsel in this case?                ☐ Yes  ☑ No

Are you acting as local counsel in this case?               ☐ Yes  ☑ No

Are you a member of the court's trial bar?                  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes  ☑ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 3, 2020

Attorney signature:    S/  Connor P. Lemire
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015